**FILED**
JUL 20 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARDO PULIDO,<br><br>　　　　　　Defendant. | No. 2:16-CR-00071-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LEONARDO PULIDO;

Case No. 2:16-CR-00071-KJM, from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　___ Unsecured Appearance Bond

　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　___ Appearance Bond with Surety

　　　　　　___ Corporate Surety Bail Bond

　__X__ (Other): Time Served; This release order is subject to any ICE Detainer in place.

Issued at Sacramento, California on __7/20/16__, at __10:28 a.m.__

_____
Kimberly J. Mueller
United States District Judge